# In the United States Court of Federal Claims

No. 04-1544L
(Filed: January 26, 2017)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

THE ELLAMAE PHILLIPS COMPANY,

       *Plaintiff*,

v.

THE UNITED STATES,

       *Defendant*,

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

For good cause shown, we grant the parties' December 5, 2016 joint motion to voluntarily dismiss this action with prejudice. The Clerk of Court is directed to dismiss the complaint with prejudice and enter judgment accordingly.

                                                s/Eric G. Bruggink
                                                ERIC G. BRUGGINK
                                                Judge